

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00272-CV

KINGDOM ENERGY RESOURCES, LLC; KEP-RMA, LLC; DDB ENERGY RESOURCES, LLC; MONTANA BAKKEN, LLC; GREEN EQUITY PARTNERS, LLC; AND LITTLE CREEK COAL CO., INC.

APPELLANTS

V.

BUSINESS CREDIT ADMINISTRATION CORP., SENIOR HEALTH INSURANCE COMPANY OF PENNSYLVANIA, BANKERS CONSECO LIFE INSURANCE COMPANY, AND WASHINGTON NATIONAL INSURANCE COMPANY

APPELLEES

------------

## FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 342-292401-17

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

[1]*See* Tex. R. App. P. 47.4.

We have considered the parties' "Joint Motion to Dismiss Appeal" and see no reason not to grant it. We therefore grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellants must pay the costs of this appeal, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL:  KERR, J.; SUDDERTH, C.J.; and PITTMAN, J.

DELIVERED:  February 15, 2018